No. 560. COMBS v. SNYDER, SECRETARY OF THE TREASURY, ET AL. Per Curiam: The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE BLACK, MR. JUSTICE JACKSON, and MR. JUSTICE BURTON are of the opinion that probable jurisdiction should be noted and the case set down for argument. *Myron G. Ehrlich* for appellant. *Solicitor General Perlman* for appellees.

No. 35, Misc.: GEACH v. ILLINOIS; and
No. 49, Misc. SMITH v. ILLINOIS. *Per Curiam:* The petitions for writs of certiorari are granted. The judgments are vacated and the cases are remanded to the Illinois Supreme Court for further proceedings. *Jennings* v. *Illinois,* 342 U. S. 104. Petitioners *pro se. Ivan A. Elliott,* Attorney General of Illinois, for respondent.

No. ——, Original. TEXAS v. NEW MEXICO ET AL. This case is set down for argument on the motion for leave to file the complaint. *Price Daniel,* Attorney General of Texas, *Jesse P. Luton, Jr.* and *K. B. Watson,* Assistant Attorneys General, and *Eugene T. Edwards* for plaintiff. *Joe L. Martinez,* Attorney General, and *Fred E. Wilson,* Special Assistant Attorney General, for the State of New Mexico; and *D. A. Macpherson, Jr.* for the Middle Rio Grande Conservancy District et al., defendants.

No. 310, Misc. GARCIA v. UNITED STATES;
No. 315, Misc. HARRIS v. ROBINSON, WARDEN;
No. 323, Misc. EX PARTE VON POSERN; and
No. 325, Misc. MONGAR v. MICHIGAN. Motions for leave to file petitions for writs of habeas corpus denied.